1  **WO**                                                                                          KM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Roque Saul Barraza,            )    No. CV 05-2385-PHX-NVW (JCG)
                               )
       Plaintiff,              )
                               )
vs.                            )
                               )    **ORDER FOR PAYMENT**
                               )    **OF INMATE FILING FEE**
Joe Arpaio,                    )
                               )
       Defendant.              )
                               )
_____)

**TO: MARICOPA COUNTY SHERIFF JOSEPH M. ARPAIO.**

      Plaintiff Roque Saul Barraza, booking number P064669, presently confined in the Tent City Jail in Phoenix, Arizona, has been assessed an initial partial filing fee of two dollars and fifty cents ($2.50) for this action pursuant to 28 U.S.C. § 1915(b)(1). Upon payment of the initial filing fee, Plaintiff will be obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The Maricopa County Sheriff is required to send to the Clerk of Court payments from Plaintiff's trust account each time the amount in the account exceeds ten dollars ($10.00), until the statutory filing fee of two hundred fifty dollars ($250.00) is paid in full. 28 U.S.C. § 1915(b)(2).

    **IT IS THEREFORE ORDERED:**

    (1) The Maricopa County Sheriff or his designee shall collect from Plaintiff's trust account an initial partial filing fee in the amount of two dollars and fifty cents ($2.50) and

1 shall forward the amount to the Clerk of the Court. Said payment shall be clearly identified
2 by the name and number assigned to this action;

3     (2) Thereafter, the Maricopa County Sheriff or his designee shall collect from
4 Plaintiff's trust account the two hundred forty-seven dollar and fifty cent ($247.50) balance
5 of the filing fee by collecting monthly payments from Plaintiff's trust account in an amount
6 equal to twenty percent (20%) of the preceding month's income credited to Plaintiff's trust
7 account and forwarding payments to the Clerk of the Court each time the amount in the
8 account exceeds ten dollars ($10.00) in accordance with 28 U.S.C. § 1915(b)(2). The
9 payments shall be clearly identified by the name and number assigned to this action;

10     (3) The Clerk of Court is DIRECTED to serve by mail a copy of this Order on
11 Maricopa County Sheriff's Office Inmate Legal Services, 201 S. Fourth Avenue, Phoenix,
12 Arizona, 85003;

13     (4) The Clerk of Court is DIRECTED to serve by mail a copy of this Order on
14 Richard Stewart, Lead Counsel, Litigation Section, Maricopa County Attorney's Office,
15 Division of County Counsel, 222 N. Central Avenue, Suite 1100, Phoenix, Arizona, 85004;

16     (5) The Clerk of Court is DIRECTED to forward a copy of this Order to Financial
17 Administration for the Phoenix Division of the U.S. District Court for the District of Arizona.
18 Financial Administration shall set up an account to receive payments on the filing fee for this
19 action and shall notify the Court when the filing fee is paid in full; and

20     (6) The Maricopa County Sheriff or his designee SHALL NOTIFY the Clerk of Court
21 in writing when Plaintiff is either released from the Maricopa County Jail or transferred to
22 a correctional institution other than the Maricopa County Jail, so new billing arrangements
23 may be made to collect any balance still outstanding.

24     DATED this 3rd day of November, 2005.

25
26
27                                        /s/ Neil V. Wake
28                                      Neil V. Wake
                                     United States District Judge